UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JAMES WHORTON,

    Plaintiff,

v.                                    Case No. 2:04-cv-208
                                    HON. GORDON J. QUIST

UNKNOWN LAFOREST,

    Defendant.

_____/

## OPINION AND ORDER APPROVING MAGISTRATE JUDGE'S

## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. The Court has received objections from the petitioner. In accordance with 28 U.S.C. § 636(b)(1), the Court has performed *de novo* consideration of those portions of the Report and Recommendation to which objection has been made.

Plaintiff claimed that he was unnecessarily subjected to a chemical agent by defendant. Plaintiff failed to prove his claim. Moreover, plaintiff failed to show that he suffered a serious medical need or that his exposure to the chemical agent caused anything other than discomfort. Further, defendant is entitled to qualified immunity because plaintiff failed to show that defendant violated any clearly established federal law.

THEREFORE, IT IS ORDERED that the Report and Recommendation of the Magistrate Judge is approved and adopted as the opinion of the court.

The court must next decide whether an appeal of this action would be in good faith within the meaning of 28 U.S.C. § 1915(a)(3). *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997). For the same reasons that the court grants defendants' motion for summary judgment, the court discerns no good-faith basis for an appeal. Should the plaintiff appeal this decision, the court will assess the $255 appellate filing fee pursuant to § 1915(b)(1), *see McGore*, 114 F.3d at 610-11, unless plaintiff is barred from proceeding *in forma pauperis*, e.g., by the "three-strikes" rule of § 1915(g). If he is barred, he will be required to pay the $255 appellate filing fee in one lump sum.

Dated:  September 6, 2005                                              /s/ Gordon J. Quist
                                                                  GORDON J. QUIST
                                                UNITED STATES DISTRICT JUDGE